# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Richard V. Burnes
Attorney at Law
P. O. Box 650
Alexandria LA 71309-0650

Charles Gregory Gravel
Gravel, Cespiva, & Wilkerson
P. O. Box 1792
Alexandria LA 71309-1792

Dmitrc Ian Burnes
Burnes & Burnes
P. O. Box 650
Alexandria LA 71309-0650


**REHEARING ACTION: March 26, 2008**


**Docket Number: 07   00650-KA**

**STATE OF LOUISIANA**
**VERSUS**
**EMILY BRYANT CLEMENT**

**Appealed from Calcasieu Parish Case No. 4017-04**


**<u>BEFORE JUDGES</u>:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Emily Bryant Clement** has this day been

    **DENIED.**


cc: Charles Carmen Foti  Jr., Counsel for the Appellee
    James David Caldwell Jr. Esq., Counsel for the Appellee
    Molly L. Balfour, Counsel for the Appellee